UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TREMAIN L. GRAHAM; TRELLIS M. HORTON,

                                Plaintiffs,

    -against-

NASSAU COUNTY POLICE DEPARTMENT 5TH PRECINCT; NEW YORK CITY POLICE DEPARTMENT 81ST PRECINCT; NEW YORK CITY POLICE DEPARTMENT DETECTIVE BERNAGAZZI; 17TH PRECINCT DETECTIVE SQUAD,

                                Defendants.
-------------------------------------------------------------------X

JUDGMENT
09-CV- 4007 (JG)

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on October 26, 2009, dismissing the complaint for failure to state a claim; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; denying *in forma pauperis* status for the purpose of any appeal; and declining to grant *pro se* plaintiffs' leave to amend; it is

    ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that the complaint is dismissed for failure to state a claim; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; that *in forma pauperis* status is denied for the purpose of any appeal; and that the Court declines to grant plaintiffs' leave to amend.

Dated: Brooklyn, New York
         October 29, 2009

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court